UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
JASON HOPE, on behalf of himself and all others
similarly situated,

                      Plaintiff,

                      JUDGMENT
                      19-CV-1341 (ENV) (CLP)

          v.

MIDLAND CREDIT MANAGEMENT, INC.,

                      Defendant.
------------------------------------------------------------ X

       A Memorandum and Order of Honorable Eric N. Vitaliano, United States District Judge, having been filed on August 22, 2019, granting the motion to dismiss in its entirety; it is

       ORDERED and ADJUDGED that the motion to dismiss is granted in its entirety; and that this case is closed.

Dated: Brooklyn, NY
         August 23, 2019

                                         Douglas C. Palmer
                                         Clerk of Court

                             By:   /s/*Jalitza Poveda*
                                       Deputy Clerk